UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB et al., <br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RITZ INVESTMENT GROUP,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23cv1395-L-DDL <br><br> **ORDER OF DISMISSAL** <br><br> **[ECF NO. 6]** |
|---|---|

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed with prejudice.

　　　**IT IS SO ORDERED.**

Dated:  October 24, 2023

_____
Hon. M. James Lorenz
United States District Judge